KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@atllp.com
malarie@atllp.com

*Attorneys for Defendant Arch Specialty Insurance Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY, a Nevada corporation,<br><br>       Plaintiffs,<br><br>  vs.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation, and ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation,<br><br>       Defendants. | Case No.:  2:20-cv-01382-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT ARCH SPECIALTY INSURANCE COMPANY'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant, ARCH SPECIALTY INSURANCE COMPANY ("Arch"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff CAPITOL SPECIALTY INSURANCE CORPORATION, ("Capitol"), by and through its counsel, Payne & Fears LLP, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Arch to answer or otherwise respond to the Complaint by ten (10) days, or from November 13, 2020, to November 23, 2020. This is the first request to extend this particular deadline.

On July 24, 2020, Capitol filed a Complaint against Arch among others asserting a claim for Breach of Contract. (ECF No. 1).  On October 14, 2020, Arch was served with the Summons and Complaint through the Insurance Commissioner.  Therefore, pursuant to Fed. R. Civ. P. 12(a) and NRS 680A.260(3), Arch's deadline to answer or otherwise respond to the Complaint is November 13, 2020.

1   Good cause exists to extend the deadline for Arch to respond to the Complaint by 10 days, or

2   to November 23, 2020.  Counsel for Arch was only recently retained and desires some additional

3   time to prepare Arch's responsive pleading.  Capitol does not object to a short 10-day extension of

4   the response deadline.   The parties believe the short 10-day extension will not unduly delay

5   proceedings as this case is still in its infancy and no scheduling order is currently in place.  This

6   stipulation is entered into in good faith and is not filed for improper purposes.

7   Accordingly, the parties request that this Court extend Arch's deadline to answer or otherwise

8   respond to the Complaint by 10 days, or to November 23, 2020.

9   DATED this 6th day of November, 2020.        DATED this 6th day of November, 2020.

10  **PAYNE & FEARS LLP**                        **ARMSTRONG TEASDALE LLP**

11
    By: */s/ Sarah J. Odia*                      By: */s/ Michelle D. Alarie*
12      SCOTT S. THOMAS, ESQ.                         KEVIN R. STOLWORTHY, ESQ.
        Nevada Bar No. 7937                           Nevada Bar No. 2798
13      SARAH J. ODIA, ESQ.                           MICHELLE D. ALARIE, ESQ.
        Nevada Bar No. 11053                          Nevada Bar No. 11894
14      HILARY A. WILLIAMS, ESQ.                      3770 Howard Hughes Parkway, Suite 200
        Nevada Bar No. 14645                          Las Vegas, Nevada 89169
15      6385 S. Rainbow Blvd.,  Suite 220
        Las Vegas, Nevada 89118                       *Attorneys for Defendant Arch Specialty*
16                                                    *Insurance Company*
        *Attorneys for Plaintiff Capitol Specialty*
17      *Insurance Company*

18

19

20                                           **ORDER**

21                                           **IT IS SO ORDERED.**

22                                           _____

23                                           UNITED STATES MAGISTRATE JUDGE
                                             DATED:___11-6-2020_____
24

25

26

27

28

2