KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@atllp.com
malarie@atllp.com

*Attorneys for Defendant Arch Specialty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation, and ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation,<br><br>Defendants. | Case No.: 2:20-cv-01382-JAD-VCF<br><br>**STIPULATION AND  ORDER TO EXTEND DEFENDANT ARCH SPECIALTY INSURANCE COMPANY'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

Defendant, ARCH SPECIALTY INSURANCE COMPANY ("Arch"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff CAPITOL SPECIALTY INSURANCE CORPORATION, ("Capitol Specialty"), by and through its counsel, Payne & Fears LLP, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Arch to answer or otherwise respond to the Complaint to December 7, 2020, from its current deadline of November 23, 2020. This is the second request to extend this particular deadline.

On July 24, 2020, Capitol Specialty filed a Complaint against Arch among others asserting a claim for Breach of Contract.  (ECF No. 1).  On October 14, 2020, Arch was served with the Summons and Complaint through the Insurance Commissioner.  Thereafter, the parties stipulated and this Court granted an extension of Arch's deadline to answer or otherwise respond to the

1

1 Complaint to November 23, 2020.  (ECF No. 7.)

2      Good cause exists to extend Arch's deadline to answer or otherwise respond to the
3 Complaint.  Counsel for Capitol Specialty recently advised that it intends to amend the Complaint.
4 Therefore, Capitol Specialty and Arch agree that Arch may have up to an including December 7,
5 2020, to file its answer or otherwise respond to the Complaint or any amended pleading.  The parties
6 believe this additional short extension will not unduly delay proceedings as this case is still in its
7 infancy and no scheduling order is currently in place.  This stipulation is entered into in good faith
8 and is not filed for improper purposes.

9      Accordingly, the parties request that this Court extend Arch's deadline to answer or otherwise
10 respond to the Complaint or any amended pleading to December 7, 2020.

11 DATED this 19th day of November, 2020.      DATED this 19th day of November, 2020.

**PAYNE & FEARS LLP**      **ARMSTRONG TEASDALE LLP**

By: /s/ Sarah J. Odia      By: /s/ Michelle D. Alarie
   SCOTT S. THOMAS, ESQ.         KEVIN R. STOLWORTHY, ESQ.
   Nevada Bar No. 7937         Nevada Bar No. 2798
   SARAH J. ODIA, ESQ.         MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11053         Nevada Bar No. 11894
   HILARY A. WILLIAMS, ESQ.         3770 Howard Hughes Parkway, Suite 200
   Nevada Bar No. 14645         Las Vegas, Nevada 89169
   6385 S. Rainbow Blvd., Suite 220
   Las Vegas, Nevada 89118      *Attorneys for Defendant Arch Specialty Insurance Company*

*Attorneys for Plaintiff Capitol Specialty Insurance Company*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-30-2020