RAMIRO MORALES, NV Bar No. 7101
rmorales@mfrlegal.com
MORALES FIERRO & REEVES
600 Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone:  (702) 699-7822
Facsimile:   (702) 699-9455

Attorneys for Defendant
STEADFAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation and ARCH SPECIALTY INSURANCE COMPANY, A Missouri corporation,<br><br>Defendants. | CASE NO.:  2:20-cv-01382-JAD-VCF<br><br>**STEADFAST INSURANCE COMPANY'S INDEX OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Jennifer A. Dorsey |

Defendant Steadfast Insurance Company, by and through its counsel, submits the following Index of Exhibits in support of its Motion to Dismiss First Amended Complaint.

EXHIBIT 1:    Complaint by United Construction Company in *United Construction Company v. L/P Insurance Services, LLC*, Second Judicial District for the State of Nevada, County of Washoe, Case No. CV19-00164, filed January 18, 2019.

EXHIBIT 2:    Answer and Third Party Complaint filed on February 25, 2019 by LP Insurance Services, LLC in *United Construction Company v. L/P Insurance Services, LLC*, Second Judicial District for the State of Nevada, County of Washoe, Case No. CV19-00164

EXHIBIT 3:    Dismissal of Third-Party Defendant Steadfast (and Arch Specialty Insurance Company) filed by LP Insurance Services, LLC on September 30, 2019 in *United Construction Company v. L/P Insurance Services, LLC*, Second Judicial District for the State of Nevada, County of Washoe, Case No. CV19-00164.

EXHIBIT 4:  Release Agreement between Steadfast and United Construction Company entered into in August 2019.

DATED: February 5, 2021                                    MORALES FIERRO & REEVES


By  */s/ Ramiro Morales*
RAMIRO MORALES, #7101
600 Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone:  (702) 699-7822

*Attorneys for Defendant*
STEADFAST INSURANCE COMPANY