Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
Hilary A. Williams, NV Bar No. 14645
haw@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Capitol Specialty Insurance Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; and RHP MECHANICAL SYSTEMS, a Nevada corporation,<br><br>Defendants. | Case No.: 2:20-cv-1382-JAD-VCF<br><br>**ORDER GRANTING**<br><br>**JOINT MOTION TO MODIFY BRIEFING SCHEDULE REGARDING STEADFAST'S MOTION TO DISMISS**<br><br>[FIRST REQUEST]<br><br>ECF No. 23 |

Plaintiff CAPITOL SPECIALTY INSURANCE CORPORATION ("Capitol Specialty"), by and through its counsel, Payne & Fears LLP, and Defendant STEADFAST INSURANCE COMPANY ("Steadfast," and together with Capitol Specialty, the "Parties"), by and through its counsel, Morales Fierro & Reeves, jointly move this Court to extend the deadline for Capitol Specialty to oppose Steadfast's Motion to Dismiss First Amended Complaint [ECF No. 20] (the "Motion") filed on February 5, 2021, and for Steadfast to reply to the opposition. Specifically, the Parties request this Court move Capitol Specialty's opposition deadline to March 9, 2021, and

1  Steadfast's reply deadline to March 23, 2021.  This is the Parties' first request to extend a deadline
2  associated with Steadfast's Motion.

3        The Parties seek to extend the deadlines associated with Steadfast's Motion based on the
4  current workloads and litigation calendars of counsel for Capitol Specialty and Steadfast.
5  Specifically, counsel for Capitol Specialty have been preparing multiple summary judgment motions
6  in a case that is venued in the District of Arizona.  The motions are due Monday, February 15, 2021.
7  Because this is four days prior to the opposition deadline here, i.e., Friday, February 19, 2021,
8  counsel for Capitol Specialty request additional time to prepare opposition papers and have them
9  reviewed and approved.  Furthermore, counsel for Steadfast, among other things, recently filed a
10 motion for partial summary judgment in another matter.  The reply to the opposition to the motion is
11 due March 8, and there is a hearing date of March 15 (though it is currently unknown if the court
12 will request oral argument), and thus counsel is requesting the date of March 23, 2021, for the due
13 date of the reply to the motion to dismiss.  In the instant matter, the case is in a preliminary stage,
14 Steadfast's Motion challenges Capitol Specialty's pleading, and no party will be prejudiced by the
15 brief extension being jointly sought.

16       Accordingly, the Parties request that this Court extend the deadline for Capitol Specialty to
17 file an opposition brief from February 19, 2021 to March 9, 2021, and that this Court likewise
18 extend Steadfast's deadline to file a reply until March 23, 2021.

24 / / /

26 / / /

28 / / /

| | |
|---|---|
| Dated: February 10, 2021 <br><br> PAYNE & FEARS LLP <br><br> By: /s/ Sarah J. Odia <br>     Scott S. Thomas, Esq. <br>     Sarah J. Odia, Esq. <br>     Hilary A. Williams, Esq. <br>     6385 S. Rainbow Blvd., Suite 220 <br>     Las Vegas, Nevada 89118 <br><br> Attorneys for Plaintiff <br> CAPITOL SPECIALTY INSURANCE CORPORATION | Dated: February 10, 2021 <br><br> MORALES FIERRO & REEVES <br><br> By: /s/ Ramiro Morales <br>     Ramiro Morales, Esq. <br>     600 Tonopah Drive, Suite 300 <br>     Las Vegas, NV 89106 <br><br><br> Attorneys for Defendant <br> STEADFAST INSURANCE CORPORATION |

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Modify Briefing Schedule Regarding Steadfast's Motion to Dismiss **[ECF No. 23] is GRANTED.** The deadline for Capitol Specialty to file an opposition brief is extended to March 9, 2021, and Steadfast's deadline to file a reply is extended to March 23, 2021.

DATED: 2-16-2020

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE