Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Plaintiff/Counter Defendant*
*Capitol Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; and RHP MECHANICAL SYSTEMS, a Nevada corporation, STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 2:20-cv-1382-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

Plaintiff/Counter-Defendant Capitol Specialty Insurance Corporation as assignee of United Construction Company ("CapSpecialty"), Defendant Steadfast Insurance Company ("Steadfast"), Defendant/Counter-Claimant Arch Specialty Insurance Company ("Arch"), and Defendant RHP Mechanical Systems ("RHP"), by and through their respective counsel of record, hereby stipulate to extend certain deadlines within the Scheduling Order entered by this Court on March 24, 2021

(ECF No. 32) by ninety (90) days pursuant to LR 26-4.

The parties request the extension due to the recent addition of two new defendants to this case on July 13, 2021, State National Insurance Company, Inc. ("State National") and AXIS Surplus Insurance Company ("AXIS"). (*See*, ECF Nos. 37).

**1.    Discovery That Has Been Completed**

The parties have completed the following discovery:

- The parties have served their initial disclosures of documents and witnesses;
- CapSpecialty served written discovery requests on Steadfast on April 20, 2021, and Steadfast served responses on June 21, 2021;
- CapSpecialty served written discovery requests on RHP on June 17, 2021;
- Steadfast served written discovery requests on CapSpecialty on April 19, 2021, and CapSpecialty served responses on June 21, 2021 and supplemental responses on July 23, 2021; and
- RHP served written discovery requests on CapSpecialty on July 22, 2021.

**2.    Discovery That Remains to Be Completed**

The following discovery by the parties remains to be completed. The parties agree that they are not limited to the discovery set forth below.

- CapSpecialty will take the deposition of the defendants' Rule 30(b)(6) witness and claim adjusters;
- CapSpecialty will serve written discovery requests on State National and AXIS and may serve additional discovery requests on the remaining defendants;
- The parties will disclose expert witnesses, will produce expert reports and possibly rebuttal reports to any expert reports produced by other parties; and
- The parties will take the depositions of expert witnesses.

**3.    Reasons Why Remaining Discovery Was Not Completed**

The discovery that remains to be complete has not been and cannot be completed within the time limits set by the current discovery due to the recent addition of two new parties to this case on July 13, 2021. CapSpecialty will need to serve discovery on the new parties and still needs

to take the depositions of all of the defendants Rule 30(b)(6) witnesses and claim adjusters.

**4.     Proposed Schedule for Completing All Remaining Discovery**

The parties hereby stipulate to the following schedule for completing all remaining discovery:

**Discovery Cut-Off Date.**

The amended discovery cut-off date is **February 9, 2022**.

**Fed. R. Civ. P. 26(a)(2) Disclosure (Experts).**

Disclosures identifying experts and final expert reports shall be made by **December 11, 2021**. This is 60 days before the discovery cut-off date. Rebuttal expert disclosures shall be made by **January 11, 2022**, which is 30 days after the initial disclosure of experts.

**Dispositive Motions.**

The parties shall have until **March 13, 2022** to file dispositive motions, which is 30 days after the close of discovery.

**Pretrial Order.**

The Joint Pretrial Order shall be filed no later than **April 12, 2022**, which is thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

**Stipulations Regarding Limitations or Conditions or Additional Discovery.**

The parties will proceed to engage in and supplement all discovery as permitted under the Federal Rules of Civil Procedure and Local Court Rules of the District Court of Nevada, including, but not limited to depositions, interrogatories, requests for production of documents, requests for admissions and expert disclosures.

**Extension or Modification of the Discovery Plan and Scheduling Order.**

Applications to extend any date set by the discovery plan/scheduling order shall be received by the Court twenty-one (21) days before the date fixed for completion of discovery, or within twenty-one (21) days before the expiration of any extension thereof that may have been approved by the Court.

| Dated: August 16, 2021 | Dated: August 16, 2021 |
|---|---|
| PAYNE & FEARS LLP | MORALES FIERRO & REEVES |
| By:  /s/ Sarah J. Odia  <br> Scott S. Thomas, Esq. <br> Sarah J. Odia, Esq. <br> 6385 S. Rainbow Blvd., Ste. 220 <br> Las Vegas, NV 89118 <br> Telephone: (702) 851-0300 | By:  /s/ Laurence Near  <br> Ramiro Morales, Esq. <br> Laurence Near, Esq. <br> 2151 Salvio Street, Ste. 280 <br> Concord, CA 94520 <br> Telephone: (925) 288-1776 |
| Attorneys for Plaintiff/Counter Defendant Capitol Specialty Insurance Corporation | Attorneys for Defendant Steadfast Insurance Company |
| Dated: August 16, 2021 | Dated: August 16, 2021 |
| TYSON & MENDES | ARMSTRONG TEASDALE LLP |
| By:  /s/ Jeffrey Ballin  <br> Jeffrey Ballin, Esq. <br> 170 S. Green Valley Pkwy., Ste. 300 <br> Henderson, NV 89012 <br> Telephone: (702) 724-2648 | By:  /s/ Michelle D. Alarie  <br> Kevin R. Stolworthy, Esq. <br> Michelle D. Alarie, Esq. <br> 3770 Howard Hughes Pkwy., Ste. 200 <br> Las Vegas, NV 89169 <br> Telephone: (702) 678-5070 |
| Attorneys for Defendant RHP Mechanical Systems | Attorneys for Defendant Arch Specialty Insurance Company |

**ORDER**

IT IS SO ORDERED.

DATED: 8-17-2021

_____
UNITED STATES MAGISTRATE JUDGE