Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Capitol Specialty Insurance Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; and RHP MECHANICAL SYSTEMS, a Nevada corporation, STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 2:20-cv-1382-JCM-VCF<br><br>**CAPITOL SPECIALTY INSURANCE CORPORATION AND STEADFAST INSURANCE COMPANY'S JOINT UNOPPOSED MOTION TO EXTEND THE TIME FOR CAPITOL SPECIALTY TO FILE A REPLY IN SUPPORT OF ITS MOTION TO COMPEL (ECF No. 58)**<br><br>[FIRST REQUEST] |

Plaintiff CAPITOL SPECIALTY INSURANCE CORPORATION ("CapSpecialty"), and Defendant STEADFAST INSURANCE COMPANY ("Steadfast," and together with Capitol Specialty, the "Parties"), by and through their counsel, jointly move this Court to extend the deadline for CapSpecialty to file a reply in support of its Motion to Compel Steadfast to Produce Documents [ECF No. 58] (the "Motion") filed on August 26, 2021. CapSpecialty's Reply brief is currently due on September 16, 2021, and the Parties request that the Court move the deadline by one-week to

1  **September 23, 2021**. This is the Parties' first request to extend a deadline associated with
2  CapSpecialty's Motion.
3     The Parties seek to extend the deadline based on the current workloads and litigations
4  calendars of counsel for CapSpecialty.  Specifically, counsel for CapSpecialty has a deposition
5  scheduled out of state on September 16, and needs time to prepare for the deposition from September
6  13 through 15, and will not have time to prepare a reply brief during that time period. No hearing has
7  been set on CapSpecialty's Motion and no party will be prejudiced by the brief extension being jointly
8  sought.
9     Accordingly, the Parties request that this Court extend the deadline for CapSpecialty to file a
10 Reply in Support of its Motion to Compel Steadfast to Produce Documents to September 23, 2021.

| Dated: September 13, 2021 | Dated: September 13, 2021 |
|---|---|
| PAYNE & FEARS LLP | MORALES FIERRO & REEVES |
| By: */s/ Sarah J. Odia*<br>    Scott S. Thomas, Esq.<br>    Sarah J. Odia, Esq.<br>    6385 S. Rainbow Blvd., Suite 220<br>    Las Vegas, Nevada 89118 | By: */s/ Ramiro Morales*<br>    Ramiro Morales, Esq.<br>    600 Tonopah Drive, Suite 300<br>    Las Vegas, Nevada 89106 |
| Attorneys for Plaintiff CAPITOL SPECIALTY INSURANCE CORPORATION | Attorneys for Defendant STEADFAST INSURANCE CORPORATION |

**ORDER**

IT IS SO ORDERED:

DATED: 9-15-2021

_____
UNITED STATES MAGISTRATE JUDGE