RAMIRO MORALES, NV Bar No. 7101
rmorales@mfrlegal.com
MORALES FIERRO & REEVES
600 Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone:  (702) 699-7822
Facsimile:   (702) 699-9455

Attorneys for Defendant
STEADFAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | CASE NO.:  2:20-cv-01382-JAD-VCF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANT STEADFAST INSURANCE COMPANY'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

On March 31, 2022, the Court denied Defendant Steadfast Insurance Company's ("Steadfast") motion to dismiss Plaintiff Capitol Specialty Insurance Corporation's ("Capitol"), as assignee of United Construction Company ("United"), Second Amended Complaint.  (ECF No. 89.) Under Federal Rule of Civil Procedure 12(a)(4)(B), a party is given 14 days to file a responsive pleading after a denial of a motion to dismiss, which here is April 14, 2022.  Given the complexity of the case and the number of parties in the instant matter, 14 days is an insufficient time period in which to respond.  Accordingly, Steadfast and Capitol, in good faith and not for the purpose of

delay, hereby agree to extend the deadline for Steadfast to file its responsive pleading for two weeks, to April 28, 2022, and request that the Court grant such an extension.

DATED: April 8, 2022                                                      MORALES FIERRO & REEVES

By  */s/ Ramiro Morales*
   RAMIRO MORALES, NV Bar #7101
   600 Tonopah Drive, Suite 300
   Las Vegas, NV  89106

   *Attorneys for Defendant* STEADFAST INSURANCE COMPANY

DATED: April 8, 2022                                                      PAYNE & FEARS LLP

By  */s/ Sarah J. Odia*
   SCOTT THOMAS, ESA.
   Nevada Bar No. 7937
   SARAH J. ODIA, ESQ.
   Nevada Bar No. 11053
   6385 S. Rainbow Blvd., Suite 220
   Las Vegas, Nevada 89118

   *Attorneys for Plaintiff* CAPITOL SPECIALTY INSURANCE CORPORATION

ORDER

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  4-11-2022 _____

---

2

STIPULATION TO EXTEND TIME                              CASE NO.:  2:20-cv-01382-JAD-VCF

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, am over the age of eighteen and am an employee at Morales, Fierro & Reeves, and hereby certify that the following document(s) were served on the below date as follows:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT STEADFAST INSURANCE COMPANY'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT [FIRST REQUEST]**

X   **VIA ELECTRONIC SERVICE:**  I caused the above document(s) to be electronically served through the United States District Court's CM/ECF System for the within action, on the participants in this case who are registered CM/ECF users.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 8th day of April 2022.

*Carol J. Hastings*
Carol J. Hastings