Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
Jared De Jong (*Pro Hac Vice Pending*)
California Bar No. 260921
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Plaintiff/Counter Defendant*
*Capitol Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation, STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation<br><br>Defendants.<br><br>AND RELATED CROSSCLAIM | Case No.: 2:20-cv-1382-JCM-VCF |

**STIPULATION AND ORDER TO DISMISS DEFENDANT STATE NATIONAL INSURANCE COMPANY, INC. WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff Capitol Specialty Insurance Corporation, as assignee of United Construction Company ("Plaintiff") and Defendant State National Insurance Company, Inc. ("Defendant"), through their respective attorneys of record, that

Plaintiff's Second Amended Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: June 23, 2022 | Dated: June 24, 2022 |
| PAYNE & FEARS LLP | CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA |
| By:   /s/ Sarah J. Odia<br>Scott S. Thomas, Esq.<br>Nevada Bar No. 7937<br>Sarah J. Odia, Esq.<br>Nevada Bar No. 11053<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, Nevada 89118<br>*Attorneys for Plaintiff/Counter Defendant Capitol Specialty Insurance Corporation* | By:   /s/ Gina M. Mushmeche<br>Gena L. Sluga, Esq.<br>Gina M. Mushmeche, Esq.<br>8985 Eastern Avenue, Ste. 200<br>Las Vegas, NV 89123<br>*Attorneys for Defendant State National Insurance Company* |

## **ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendant State National Insurance Company, Inc. in the instant matter, Case No. 2:20-cv-1382-JCM-VCF, is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: June 28, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2022, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT STATE NATIONAL INSURANCE COMPANY, INC. WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Jennifer Stephens
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

4892-6184-2470.1