Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Plaintiff Capitol*
*Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 2:20-cv-1382-JCM-VCF<br><br>**SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A STIPULATION REGARDING STEADFAST'S MOTION FOR PROTECTIVE ORDER (ECF 109) AND [PROPOSED] ORDER** |

PLAINTIFF Capitol Specialty Insurance Corporation ("CapSpecialty") and Defendant STEADFAST INSURANCE COMPANY ("Steadfast") (collectively "Parties"), by and through their respective attorneys of record, hereby request another one-week extension of the Court's deadline for the Parties to reach an agreement regarding Steadfast's Motion for Protective Order (ECF No. 109) pursuant to the Court's August 19, 2022 Order (ECF No. 119). The Court ordered that the Parties file a stipulation by September 1, 2022, and the parties filed a Request for Extension of Time requesting additional time through September 9, 2022. However, the Parties

are still negotiating the terms of a potential stipulation and have not yet reached an agreement. The Parties, therefore, request an additional one-week extension, to September 16, 2022, to file a stipulation, to the extent that the parties are able to reach an agreement.

| | |
|---|---|
| Dated: September 9, 2022 | Dated: September 9, 2022 |
| PAYNE & FEARS LLP | MORALES FIERRO & REEVES |
| By: /s/ Sarah J. Odia<br>Sarah J. Odia, Esq.<br>Scott S. Thomas, Esq.<br>6385 S. Rainbow Blvd, Suite 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | By: /s/ William C. Reeves<br>William C. Reeves, Esq.<br>600 Tonopah Drive, Suite 300<br>Las Vegas, NV 89106 |
| Attorneys for Plaintiff CAPITOL SPECIALTY INSURANCE CORPORATION | Attorneys for Defendant STEADFAST INSURANCE COMPANY |

**ORDER**

The Court having considered the request of the parties and good cause appearing, orders that PLAINTIFF Capitol Specialty Insurance Corporation and DEFENDANT Steadfast Insurance Company have until September 16, 2022 to file a stipulation to resolve Steadfast's Motion for Protective Order (ECF No. 109) to the extent that the parties are able to reach an agreement.

IT IS SO ORDERED.

DATED: 9-19-2022

_____
UNITED STATES MAGISTRATE JUDGE

4890-1504-6706.1