Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Plaintiff/Counter Defendant*
*Capitol Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIM | Case No.: 2:20-cv-1382-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LIMITED EXTENSION OF SCHEDULING ORDER DATES**<br><br>**(Sixth Request)** |

Plaintiff/Counter-Defendant Capitol Specialty Insurance Corporation as assignee of United Construction Company ("CapSpecialty"), Defendant Steadfast Insurance Company ("Steadfast"), Defendant RHP Mechanical Systems ("RHP"), and Defendant AXIS Surplus Insurance Company ("AXIS") by and through their respective counsel of record, hereby stipulate to extend certain deadlines within the Amended Scheduling Order entered by this Court on August 1, 2022 (ECF No. 112) by thirty (30) days pursuant to LR 26-4 for the limited purpose of resolving pending discovery disputes between CapSpecialty and Steadfast.

CapSpecialty served its First Set of Requests for Admissions, Second Set of

Interrogatories, and Second Set of Requests for Production of Documents ("RFPs") on Steadfast on June 29, 2022. CapSpecialty also served its Third Set of Interrogatories and Third Set of RFPs on Steadfast on July 13, 2022. Steadfast responded and objected to these discovery requests on August 12, 2022. On September 1, 2022, CapSpecialty forwarded a meet and confer letter to Steadfast outlining the reasons CapSpecialty believed that Steadfast's objections and responses to the written discovery requests were insufficient. Steadfast responded to CapSpecialty's meet and confer letter on September 26, 2022. Since then, the parties have been meeting and conferring and Steadfast has agreed to supplement its responses by Friday, October 21, 2022.

Additionally, CapSpecialty served its Fourth Set of Interrogatories and RFPs on Steadfast on September 15, 2022. Steadfast has requested an extension to October 21, 2022 to respond to these requests.

Steadfast and CapSpecialty seek a thirty-day extension of the discovery cut-off date to resolve the current discovery dispute between the parties and any disputes that may arise out of Steadfast's responses to CapSpecialty's Fourth Set of RFPs and Interrogatories.

Furthermore, CapSpecialty's Interrogatories ask Steadfast to identify witnesses who may have information supporting CapSpecialty's claims. The limited extension of the discovery cut-off date is also necessary to the extent that CapSpecialty seeks to notice and/or subpoena such witnesses (who have not yet been disclosed by Steadfast) for deposition.

The parties agree that the extension of the discovery date is for the limited purpose of resolving the discovery disputes between Steadfast and CapSpecialty and to allow CapSpecialty to notice and/or subpoena witnesses that CapSpecialty has asked Steadfast to identify in response to pending discovery requests. Steadfast reserves all rights and objections with regard to any depositions noticed or subpoenaed by CapSpecialty.

The Parties therefore STIPULATE and AGREE to the following amended scheduling order dates:

Close of Discovery for Disputed Discovery Issues:   December 5, 2022
Close of Discovery for All Other Issues:            November 4, 2022
Filing of Dispositive Motions:                      January 5, 2023

The deadline to file a proposed Pretrial Order is extended to February 5, 2023, or in the event one or more dispositive motions are filed, thirty (30) days after the Court rules on the last motion.

**Extension or Modification of the Discovery Plan and Scheduling Order**.

Applications to extend any date set by the discovery plan/scheduling order shall be received by the Court twenty-one (21) days before the date fixed for completion of discovery, or within twenty-one (21) days before the expiration of any extension thereof that may have been approved by the Court.

| Dated: October 14, 2022 | Dated: October 14, 2022 |
|---|---|
| PAYNE & FEARS LLP | MORALES FIERRO & REEVES |
| By: /s/ Sarah J. Odia<br>Scott S. Thomas, Esq.<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd., Ste. 220<br>Las Vegas, NV 89118<br>Telephone: (702) 851-0300 | By: /s/ William Reeves<br>Ramiro Morales, Esq.<br>William Reeves, Esq.<br>2151 Salvio Street, Ste. 280<br>Concord, CA 94520<br>Telephone: (925) 288-1776 |
| Attorneys for Plaintiff/Counter Defendant Capitol Specialty Insurance Corporation | Attorneys for Defendant Steadfast Insurance Company |
| Dated: October 14, 2022 | Dated: October 14, 2022 |
| TYSON & MENDES | COZEN O'CONNOR |
| By: /s/ Jessica A. West (with permission)<br>Thomas E. McGrath, Esq.<br>Jessica A. West, Esq.<br>2835 St. Rose Pkwy., Ste. 140<br>Henderson, NV 89052<br>Telephone: (702) 724-2648 | By: /s/ Michael Melendez (with permission)<br>Michael Melendez, Esq.<br>Teri Mae Rutledge, Esq.<br>3753 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, NV 89169<br>Telephone: (702) 470-2330 |
| Attorneys for Defendant RHP Mechanical Systems | Attorneys for Defendant AXIS Surplus |

/ / /

/ / /

/ / /

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-17-2022
_____