Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Plaintiff Capitol Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 2:20-cv-1382-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE 10/28/22 HEARING ON STEADFAST INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER (ECF No. 109)** |

PLAINTIFF Capitol Specialty Insurance Corporation ("CapSpecialty") and Defendant STEADFAST INSURANCE COMPANY ("Steadfast"), by and through their respective attorneys of record, hereby STIPULATE and agree, subject to this Court's approval, to continue the hearing regarding Steadfast Insurance Company's Motion for Protective Order (ECF No. 109), currently scheduled for October 28, 2022 at 10:00 a.m. before Judge Ferenbach (ECF No. 128), until after November 1, 2022. Good cause exists to continue the hearing on the Motion to a later date as a key deposition is scheduled for November 1, 2022. Based on the outcome of this deposition, the

parties may be able to reach an agreement on the Motion so as to obviate the need for a hearing. The parties further STIPULATE and agree that Ramie Morales' compliance with the subpoenas that are the subject of the Motion, if so ordered by the Court, may take place after the discovery cut-off date of November 4, 2022 (ECF No. 130).  The parties further STIPULATE and agree that the depositions of Matt Ennis and Danielle Hill may be completed after the discovery cut-off date of November 4, 2022 (ECF No. 130).

IT IS SO STIPULATED.

Dated: October  24, 2022

PAYNE & FEARS LLP

By:  /s/ Sarah J. Odia
Sarah J. Odia, Esq.
Scott S. Thomas, Esq.
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
(702) 851-0300

Attorneys for Plaintiff CAPITOL SPECIALTY INSURANCE CORPORATION

Dated: October ——, 2022

MORALES FIERRO & REEVES

By:  /s/ William C. Reeves
William C. Reeves, Esq.
600 Tonopah Drive, Suite 300
Las Vegas, NV 89106

Attorneys for Defendant STEADFAST INSURANCE COMPANY

**ORDER**

video conference
IT IS SO ORDERED.  The hearing on the Motion is continued to the following date and time: 1:00 PM, November 30, 2022

DATED: 10-26-2022

_____
UNITED STATES MAGISTRATE JUDGE

4892-5241-2987.2

-2-   Case No. 2:20-cv-1382-JCM-VCF
STIPULATION REGARDING MORALES SUBPOENAS AND [PROPOSED] ORDER