Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Plaintiff Capitol*
*Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 2:20-cv-1382-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RAMIE MORALES SUBPOENAS AND TO VACATE NOVEMBER 30, 2022 HEARING (ECF No. 134) ON STEADFAST'S MOTION FOR PROTECTIVE ORDER (ECF No. 109)** |

PLAINTIFF Capitol Specialty Insurance Corporation ("CapSpecialty") and Defendant STEADFAST INSURANCE COMPANY ("Steadfast"), by and through their respective attorneys of record, hereby STIPULATE and agree as follows:

WHEREAS Steadfast filed a Motion for Protective Order ("Motion") on July 26, 2022 (ECF No. 109) seeking to bar CapSpecialty from enforcing subpoenas served on Attorney Ramiro Morales ("Morales Subpoenas")

WHEREAS, the Motion is currently scheduled to be hear on November 30, 2022 [ECF No. 134];

WHEREAS Steadfast and CapSpecialty previously agreed that the testimony of Chris Ford (via deposition or at trial) is binding upon Steadfast;

WHEREAS CapSpecialty and Steadfast (collectively "Parties"), having met and conferred, hereby agree as follows:

1. CapSpecialty will withdraw the Morales Subpoenas and Steadfast will withdraw the Motion;

2. The Parties agree to not elicit testimony from Ramiro Morales at trial. This prohibition includes the use of any affidavits or declarations by Attorney Morales as well as live and recorded testimony; and

3. Steadfast agrees that Chris Ford is Steadfast's designated corporate witness under Fed. R. Civ. P. 30(b)(6) and Mr. Ford's testimony, including his June 2, 2022 deposition testimony, is binding upon Steadfast.

IT IS SO STIPULATED.

Dated: November 22, 2022

PAYNE & FEARS LLP

By: /s/ Sarah J. Odia
   Sarah J. Odia, Esq.
   Scott S. Thomas, Esq.
   6385 S. Rainbow Blvd, Suite 220
   Las Vegas, NV 89118
   (702) 851-0300

Attorneys for Plaintiff CAPITOL SPECIALTY INSURANCE CORPORATION

Dated: November 22, 2022

MORALES FIERRO & REEVES

By: /s/ William C. Reeves
   William C. Reeves, Esq.
   600 Tonopah Drive, Suite 300
   Las Vegas, NV 89106

Attorneys for Defendant STEADFAST INSURANCE COMPANY

**ORDER**

The Court having considered the stipulation of the parties and good cause appearing, orders as follows:

1. The Morales Subpoenas and Motion are withdrawn;

2. The Parties may not elicit testimony from Ramiro Morales at trial. This prohibition includes the use of any affidavits or declarations by Attorney Morales as well as live and recorded

testimony;

3. The Court hereby vacates the November 30, 2022 hearing on the Motion; and

4. The testimony of Chris Ford, including his June 2, 2022 deposition testimony, is binding upon Steadfast.

IT IS SO ORDERED.

IT IS HEREBY ORDERED that the motion for protective order (ECF No. 109), is DENIED as moot.

DATED: 11-23-2022 _____

_____
UNITED STATES MAGISTRATE JUDGE

4872-1302-7902.2