William Reeves
State Bar No. 8235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
Email: lawoffice@mfrlegal.com

Attorneys for Defendant/Cross-Claimant
Steadfast Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INS. CORP., | Case No.: 2:20-cv-01382-JCM-VCF |
| Plaintiff, | Consolidated with Case No. 22-cv-00335-MMD-CLB |
| vs. | STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED DISCOVERY PLAN |
| STEADFAST INS. CO., et al., | |
| Defendants. | FIRST REQUEST |
| and related crossclaims and consolidated action. | |

TO THE COURT:

Plaintiff/Cross-Complainant Steadfast Insurance Company ("Steadfast") and Defendants/Cross-Defendant RHP Mechanical Systems and Ray Heating Products, Inc. (collectively "RHP"), by and through counsel, stipulate and agree as follows:

WHEREAS, this Court previously issued an Order [Dkt. No. 119] granting a request that the claims Steadfast had asserted against RHP in this matter be severed from the remainder of the case and stayed pending the outcome of a Motion to Dismiss ("MTD");

WHEREAS, this Court recently issued an Order [Dkt. No. 151] denying the MTD;

WHEREAS, this Court also recently issued a separate Order [Dkt. No. 152] granting a motion to consolidate this case with Case No. 22-cv-00335-MMD-CLB;

WHEREAS, the current deadline for the parties to submit a Proposed Discovery Plan and

---

STIPULATION                     1                     Case No.: 2:20-cv-01382-JCM-VCF

Scheduling Order ('Proposed Plan") is January 20, 2023;

WHEREAS, Steadfast and RHP (collectively "Parties") seek additional time to submit a Proposed Plan to permit for RHP to file Answers to the various pleadings in light of the consolidation of the cases;

WHEREFORE, the Parties jointly request that the deadline to submit a Proposed Plan be extended to February 10, 2023.

IT IS SO AGREED.

Dated: January 19, 2023

| MORALES FIERRO & REEVES | TYSON & MENDES |
|---|---|
| By /s/ William C. Reeves<br>William C. Reeves<br>600 S. Tonopah Dr., Suite 300<br>Las Vegas, NV 89106<br>Attorneys for Steadfast | By /s/ Jessica West<br>Jessica West<br>2835 St. Rose Pkwy., Suite 140<br>Henderson, NV 89052<br>Attorneys for RHP |

The Court, having considered the stipulation of the parties and good cause appearing, orders that the deadline for the Parties to submit a Proposed Discovery Plan and Scheduling Order is extended to February 10, 2023.

IT IS SO ORDERED.

Dated: 1-19-2023

_____
MAGISTRATE JUDGE