# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CAPITOL SPECIALTY INS. CORP.,

          Plaintiff(s),

v.

STEADFAST INS. CO., et al.,

          Defendant(s).

2:20-cv-01382-JCM-VCF

**ORDER**

Before the Court is the notice of inability to comply (ECF NO. 157).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the notice of inability to comply (ECF NO. 157), is scheduled for 10:00 AM, February 27, 2023, in Courtroom 3D.

DATED this 15th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE