**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CAPITOL SPECIALTY INS. CORP.,

    Plaintiff(s),

v.

STEADFAST INS. CO., et al.,

    Defendant(s).

2:20-cv-01382-JCM-VCF

**ORDER**

  Before the Court is the notice of inability to comply (ECF NO. 157). The parties have filed a joint discovery plan and scheduling order and the Court has granted the order. (ECF No. 160 and 161).

  Accordingly,

  IT IS HEREBY ORDERED that the in-person hearing on the notice of inability to comply (ECF NO. 157), scheduled for 10:00 AM, February 27, 2023, is VACATED.

  IT IS FURTHER ORDERED that the notice of inability to comply (ECF NO. 157) is DENIED as moot.

  DATED this 17th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE