MICHAEL W. MELENDEZ
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:   702-470-2330
Fax:   702-470-2370
Email: mmelendez@cozen.com

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>        Defendants. | Case No.: 2:20-CV-1382-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT AXIS SURPLUS INSURANCE COMPANY WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Capitol Specialty Insurance Corporation, as assignee of United Construction Company ("Plaintiff") and Defendant AXIS Surplus Insurance Company ("Defendant"), that Plaintiff's Second Amended Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

///

| | | |
|---|---|---|
| 1 | Dated:  February 16, 2023 | PAYNE & FEARS LLP |
| 2 | | By: */s/ Sarah J. Odia* (with permission) |
| | | Scott S. Thomas, Esq. |
| 3 | | Nevada Bar No. 7937 |
| | | Sarah J. Odia, Esq. |
| 4 | | Nevada Bar No. 11053 |
| | | 6385 S. Rainbow Blvd., Suite 220 |
| 5 | | Las Vegas, Nevada 89118 |
| 6 | | *Attorneys for Plaintiff / Counter-Defendant* |
| | | *CAPTIOL SPECIALTY INSURANCE* |
| 7 | | *CORPORATION* |
| 8 | | |
| | Dated:  February 16, 2023 | COZEN O'CONNOR |
| 9 | | |
| | | By: */s/ Michael W. Melendez* |
| 10 | | Michael W. Melendez |
| | | Nevada Bar No. 6741 |
| 11 | | COZEN O'CONNOR |
| | | 3753 Howard Hughes Parkway, Suite 200 |
| 12 | | Las Vegas, NV 89169 |
| | | *Attorneys for Defendant* |
| 13 | | *AXIS SURPLUS INSURANCE COMPANY* |

### ORDER

IT IS ORDERED that Plaintiff's claims against Defendant AXIS Surplus Insurance Company in the matter, Case No. 2:20-cv-1382-JCM-VCF, is DISMISSED WITH PREJUDICE. Each party shall bear their own attorneys' fees and costs.

DATED: February 21, 2023

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of 18 years and not a party to the within action; my business address is Cozen O'Connor, 3753 Howard Hughes Parkway, Suite 200, Las Vegas, Nevada 89169.

On February 16, 2023, I served true copies of the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT AXIS SURPLUS INSURANCE COMPANY WITH PREJUDICE**

on the interested parties in this action as follows:

☒ **(BY ELECTRONIC SUBMISSION):** via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 16, 2023, at Las Vegas, Nevada.

_____
Erika Calderon
An employee of Cozen O'Connor