# EXHIBIT 1:

# Breach Declaration

Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

*Attorneys for Plaintiff*
*Capitol Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 2:20-cv-1382-JCM-VCF<br><br>**DECLARATION OF BRANDON BREACH** |
| AND RELATED CROSSCLAIM | |
| STEADFAST INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RAY HEATING PRODUCTS, INC., et al.<br><br>Defendants. | |

I, BRANDON BREACH, under penalty of perjury, declare as follows:

1. I am the Chief Financial Officer Emeritus for United Construction Company ("United"). I have held this role for thirty-five years, and at all times material to the matters set forth in this Declaration. In my role as CFO for United, it is my responsibility to file insurance claims and provide initial information about the claim either directly to the insurer or through LP Insurance Services. I have personal knowledge of the matters set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. United is a commercial construction company headquartered in Reno, Nevada that provides construction design and building services to clients in Nevada and California.

3. On November 26, 2014, United entered into two design-build contracts for the design and construction of LogistiCenter 395 Buildings A and C, two commercial warehouse buildings located at 8020 and 8040 N. Virginia Street, Reno, Nevada (the "Virginia Street Properties"). True and correct copies these contracts are attached as **Exhibit A**.

4. On September 25, 2015, United entered into a design-build contract for the design and construction of Logisticenter 395, Phase II, Building 1, a commercial warehouse building located at 8730 Military Road, Reno, Nevada (the "Military Road Property"). A true and correct copy of this contract is attached as **Exhibit B**.

5. In or around June or July 2016, the owner of the Virginia Street Properties advised United that it had discovered mold within the roof substrates of the Virginia Street Properties.

6. LP Insurance Services, on United's behalf, tendered the Virginia Street Claims to Steadfast under the Steadfast Policy on August 5, 2016. A true and correct copy of an email I received from Steadfast adjuster Chris Ford on August 12, 2016 acknowledging receipt of the August 5, 2016 tender is attached as **Exhibit C**.

7. The owner of the Virginia Street Properties made a claim against United relating to the mold in the roof substrates of the Virginia Street Properties. ("Virginia Street Claims").

8. I received a letter from Steadfast dated October 20, 2016, indicating that Steadfast agreed to participate in United's defense of the Virginia Street Claims subject to a reservation of

rights. A true and correct copy of the October 20, 2016 letter is attached as **Exhibit D**.

9. I am informed and believe that United asked J. Tom Wise ("Wise") to inspect the Military Road Property for microbial growth. Wise issued a report to United dated November 2, 2016. A true and correct copy of Wise's November 2, 2016 report is attached as **Exhibit E**.

10. On or around April 14, 2017, United discovered mold in the roof substrates of the Military Road Property.

11. On April 17, 2017, I forwarded an email to Danielle Hill from LP stating, "please advise the appropriate carriers that we have now found microbial growth on the building located at 8730 Military Road . . . ." A true and correct copy of my April 17, 2017 email as attached as **Exhibit F**.

12. As I indicated to Sherri McMahon, an insurance adjuster for Arch Specialty Insurance Company ("Arch") on October 19, 2017, the owner of the Military Road Property "recently made a verbal demand for UCC to remediate the [Military Road] property" shortly prior to October 19, 2017. A true and correct copy of Ms. Mahon's email to me on October 20, 2017 summarizing our conversation, and my October 26, 2017 response, are attached as **Exhibit G**.

13. On July 11, 2017, I emailed Steadfast adjuster Chris Ford to ask about the status of the Military Road matter. True and correct copies of my July 11, 2017 email to Mr. Ford and the responses to my email from Mr. Ford and Mr. Batjer are attached as **Exhibit H**.

14. Arch issued a Contractors Professional Liability Policy to United that was in effect from April 20, 2017 through April 20, 2018.

15. On October 19, 2017, I spoke with Arch adjuster Sherri McMahon. Our conversation is summarized in the emails between us dated October 20, 2017 and October 26, 2017. A true and correct copy of these emails is attached as **Exhibit G**.

16. I received a letter from Arch dated November 10, 2017 denying United's tender of the Military Road Claim. A true and correct copy of that letter is attached as **Exhibit I**.

17. United resolved the Military Road Claim with the owner of the Military Road Property by making remediations to the Military Road Property that cost a total of $4,097,000.00.

18. United made a claim against its insurance broker, LP, alleging that LP failed to

timely report the Military Road Claim to Steadfast.

19. United incurred costs totaling $1,273.908.44 to repair mold and moisture damage to the roof substrates at the property located at 385 Milan Ave., Reno ("Milan Property") Nevada at a cost of $1,273,908.44.

20. The owner of the Milan Property asserted a claim against United asserting that United was responsible for the damage to the Milan Property (the "Milan Claim").

21. On or around July 5, 2017, United settled the Milan Claim with the owner of the Milan Property for $650,000. This amount was paid by the owner of the Milan Property to United.

22. United also asserted a claim against RHP Mechanical Systems ("RHP") related to the Milan Claim and settled with RHP for $100,000.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed March 30, 2023.

_____
Brandon Breach

4869-4580-6682.1

-4-    Case No. 2:20-cv-1382-JCM-VCF
BRANDON BREACH DECLARATION