Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Plaintiff/Counter Defendant
Capitol Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation;  RHP MECHANICAL SYSTEMS, a Nevada corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Defendants. | Case No.: 2:20-cv-1382-JCM-VCF<br><br>Consolidated With:<br><br>Case No.: 3:22-cv-335-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 164, 165, and 166)**<br><br>**(First Request)** |
| AND RELATED CROSSCLAIM | |
| STEADFAST INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAY HEATING PRODUCTS, INC., et al.<br><br>　　　　Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff/Counter-Defendant Capitol Specialty Insurance Corporation, as assignee of United Construction Company ("CapSpecialty"), Defendant Steadfast Insurance Company ("Steadfast"), and Defendant RHP Mechanical Systems ("RHP"), hereby stipulate to extend the deadlines for interested parties to file opposition and reply briefs to the Motions for Summary Judgment filed with this Court on April 7, 2023 (ECF Nos. 164, 165, and 166) (collectively "Motions").

Per the agreement of the parties, and subject to this Court's approval, the deadline to oppose the Motions shall be extended from April 28, 2023, to May 19, 2023.  Meanwhile, per the agreement of the parties and subject to this Court's approval, the deadline to file reply briefs in connection with the Motions shall be extended to June 2, 2023.

The parties are actively moving this case forward.  The request to extend dates is due to the complexity of the issues raised in the brief as well as the fact that counsel for CapSpecialty has responses to dispositive motions due in another, unrelated case on April 28, 2023. Accordingly. the parties stipulate and agree that the requested extension is being made without prejudice to other orders previously made or to be made by the Court.

In accordance with LR IA 6-1, there have been no prior extensions solely to extend the responses to Motions for Summary Judgment; there have been seven prior stipulations for the extension of time regarding discovery deadlines (ECF No. 150).

IT IS SO STIPULATED.

Dated: April 11, 2023

PAYNE & FEARS LLP

By: /s/ Sarah J. Odia

Scott S. Thomas, Esq.
Sarah J. Odia, Esq.
6385 S. Rainbow Blvd., Ste. 220
Las Vegas, NV 89118
Telephone: (702) 851-0300

Attorneys for Plaintiff/Counter Defendant
Capitol Specialty Insurance Corporation

Dated: April 11, 2023

MORALES FIERRO & REEVES

By: /s/ William Reeves

Ramiro Morales, Esq.
William Reeves, Esq.
2151 Salvio Street, Ste. 280
Concord, CA 94520
Telephone: (925) 288-1776

Attorneys for Defendant
Steadfast Insurance Company

Dated: April 11, 2022

TYSON & MENDES

By: /s/ Thomas E. McGrath

Thomas E. McGrath, Esq.
2835 St. Rose Pkwy., Ste. 140
Henderson, NV 89052
Telephone: (702) 724-2648

Attorneys for Defendant RHP Mechanical Systems

**ORDER**

IT IS SO ORDERED. All parties have until May 19, 2023, to file responses to Motions for Summary Judgment (ECF Nos. 164, 165, and 166), and to June 2, 2023 to file replies in support of the Motions for Summary Judgment.

DATED: April 14, 2023

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2023, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 164, 165, and 166)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

4866-0403-0301.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300