William Reeves
State Bar No. 8235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
Email: wreeves@mfrlegal.com

Attorneys for Defendant/Cross-Claimant
Steadfast Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INS. CORP., | Case No.: 2:20-cv-01382-JCM-VCF |
| Plaintiff, | Consolidated with Case No. 22-cv-00335-MMD-CLB |
| vs. | |
| STEADFAST INS. CO., et al., | STIPULATION TO FURTHER EXTEND BRIEFING SCHEDULE |
| Defendants. | |
| and related crossclaims | |

TO THE COURT:

Plaintiff Capitol Specialty Ins. Corp. ("Capitol"), Defendant/Cross-Claimant Steadfast Insurance Company ("Steadfast") and Defendants RHP Mechanical Systems and Ray Heating Products, Inc. (collectively "RHP"), by and through counsel, stipulate and agree as follows:

WHEREAS, this Court, in connection with Motions for Summary Judgment that Capitol and Steadfast each filed [Dkt. Nos. 164-166] (collectively "Motions"), previously approved the parties' stipulation to set a briefing schedule for the Motions with a June 2, 2023 deadline to file Reply briefs [Dkt. Nos. 167, 168];

WHEREAS, a client representative for Steadfast that is involved in the briefing process overlooked the fact that she is getting married on June 3, 2023 such that she will be taking time off from work in advance such that she will be unavailable;

WHEREAS, given circumstances, Capitol, Steadfast and RHP (collectively "Parties") are

amenable to extending the deadline to file reply briefs;

WHEREFORE, the Parties, subject to the approval of this Court, stipulate to extend the deadline to file Reply briefs to June 12, 2023.

IT IS SO AGREED.

Dated: May 14, 2023

| PAYNE & FEARS | TYSON & MENDES |
|---|---|
| By  /s/ Sarah Odia<br>Sarah Odia<br>6385 S. Rainbow Blvd., Ste. 220<br>Las Vegas, NV 89118<br>Attorneys for Capitol | By  /s/ Sarah Hartig<br>Sarah Hartig<br>2835 St. Rose Pkwy., Suite 140<br>Henderson, NV 89052<br>Attorneys for RHP |

MORALES FIERRO & REEVES

By  /s/ William C. Reeves
William C. Reeves
600 S. Tonopah Dr., Suite 300
Las Vegas, NV 89106
Attorneys for Steadfast

The Court, having considered the stipulation of the parties and good cause appearing, orders that the deadline to file Reply briefs is extended to June 12, 2023.

IT IS SO ORDERED.

Dated: May 15, 2023.

_____
UNITED STATES DISTRICT JUDGE