**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
SARAH B. HARTIG
Nevada Bar No. 10070
Email: shartig@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, NV 89052
Tel: (702) 724-2648
*Attorneys for Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, et al.,<br><br>        Defendants(s). | CASE NO.: 2:20-cv-01382-JAD-VCF<br><br>CONSOLIDATE WITH:<br><br>CASE NO.: 3:22-CV-3550MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES ONLY**<br><br>**(FIRST REQUEST)** |
| STEADFAST INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>RAY HEATING PRODUCTS, INC., et al.,<br><br>        Defendant(s).<br>_____ | |
| STEADFAST INSURANCE COMPANY, et al.,<br><br>        Cross-Claimant<br>vs.<br><br>RHP MECHANICAL SYSTEMS, INC.<br><br>        Cross-Defendant | |

1

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that **the current expert discovery deadlines only to be extended approximately one (1) week,** pursuant to Local Rule 26-1(b)**.**

## I.

## DISCOVERY COMPLETED TO DATE

1. The parties have conducted the FRCP 26.1 Early Case Conference.

2. The parties have produced their respective Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

3. Plaintiff has propounded discovery to Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.

4. Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc. have responded to Plaintiff's discovery.

5. Deposition of Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.'s PMK.

6. Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc. have produced their job file material.

6. Plaintiff has disclosed experts.

## II.

## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.'s Designation of Experts.

2. Rebuttal expert disclosures.

3. Depositions of experts.

4. Additional written discovery (if necessary).

5. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.

## REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. Counsel for Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc. unfortunately had a death in her family and had to travel out of state for the funeral.

**Extension or Modification of The Discovery Plan and Scheduling Order.**

LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must demonstrate the same was the result of excusable neglect. LR 26-3. This is the first request for an extension of time in this matter.

| **Discovery Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Motion to Amend/Add Parties | April 18, 2023 | April 18, 2023 |
| Plaintiff's Initial Expert Disclosures | September 22, 2023 | September 29, 2023 |
| All Rebuttal Expert Disclosures | October 27, 2023 | November 3, 2023 |
| Discovery Cut-Off Date | December 1, 2023 | December 8, 2023 |
| Dispositive Motions | January 5, 2024 | January 12, 2024 |
| Joint Pretrial Order | February 13, 2024 | If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. |

///
///
///
///
///
///
///

3

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

Dated this 22nd day of September, 2023.                    Dated this 22nd day of September, 2023.

**MORALES FIERRO & REEVES**                              **TYSON & MENDES LLP**

*/s/ William C. Reeves*                                              */s/ Thomas McGrath*

_____                               _____
William C. Reeves                                                      Thomas E. McGrath, Esq.
600 S. Tonopah Dr., Suite 300                                  Nevada Bar Number 7086
Las Vegas, NV 89106                                                2835 St. Rose Parkway, Suite 140
Attorneys for Steadfast                                              Henderson, Nevada 89052
*Attorneys for Plaintiff*                                              *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 9-25-2023 _____

4