MICHAEL MELENDEZ (SBN 6741)
Michael.Melendez@kennedyslaw.com
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105
Telephone:    415-323-4460
Facsimile:    415-323-4445

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Defendants. | Case No. 2:20-CV-1382-JAD-VCF<br><br>**MOTION TO REMOVE COUNSEL FOR DEFENDANT AXIS SURPLUS INSURANCE COMPANY FROM ELECTRONIC SERVICE LIST** |

　　　　Michael Melendez, Esq. and Teri Mae Rutledge, Esq., counsel for Defendant AXIS SURPLUS INSURANCE COMPANY ("AXIS"), hereby request that they be removed from the CM/ECF service list for this action based on the Stipulation and Order to Dismiss Defendant Axis Surplus Insurance Company with Prejudice entered February 21, 2023 (ECF No. 163)

DATED: January 26, 2024　　　KENNEDYS CMK LLP

By: /s/ *Michael Melendez*
MICHAEL W. MELENDEZ
NEVADA BAR NO. 6741
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.** The Clerk of Court is directed to remove attorney Michael Melendez and Teri Mae Rutledge from the Electronic Service List

By:

_____
UNITED STATES MAGISTRATE JUDGE

DATED　2/6/2024

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of the District of Nevada Electronic Filing Procedures, I certify that I am an employee of Cozen O'Connor, and that the foregoing document was served:

√   via electronic transmission through the court's CM/ECF program on all parties or persons requiring notice.

| | |
|---|---|
| Sarah J. Odia<br>Scott S. Thomas<br>Hilary Anne Williams<br>Payne & Frears, LLP<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, NV 89118 | Attorneys for Plaintiff Capitol Specialty Insurance Corporation<br><br>Tel.:   (702) 851-0300<br>Fax:   (702) 851-0315<br>Email: sjo@paynfrears.com<br>         sst@paynefrears.com<br>         haw@paynefrears.com |
| Jeffrey Howard Ballin<br>Tyson & Mendes LLP<br>170 South Green Valley Parkway, Suite 300<br>Henderson, NV 89012 | Attorneys for Defendant RHP Mechanical Systems<br><br>Tel:   (702) 724-2648<br>Fax:   (702) 938-1048<br>Email: jballin@tysonmendes.com |
| Ramiro Morales<br>Morales Fierro & Reeves<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106 | Attorneys for Defendant Steadfast Insurance Company<br><br>Tel:   (702) 699-7822<br>Fax:   (702) 699-9455<br>Email: lawoffice@mfrlegal.com |

Dated: January 26, 2024                    /s/ Alice Probst
                                                             Alice Probst