AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Capitol Specialty Insurance Corporation,

          Plaintiff,

v.

Steadfast Insurance Company et al.

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01382-JCM-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of defendant Steadfast Insurance Company.

03/29/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ R. Gador  
Deputy Clerk