**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael R. Ayers, Esq. (NV Bar No. 10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10070)
sarah.hartig@qpwblaw.com
3740 Lakeside Drive, Suite 2020
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant*
*RHP MECHANICAL SYSTEMS, and*
*RAY HEATING PRODUCTS, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, As assignee of UNITED CONSTRUCTION COMPANY, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STEADFAST INSURANCE COMPANY, a Delaware corporation, ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; STATE NATIONAL INSURANCE COMPANY, a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation, <br><br> Defendants. | CASE NO.: 2:20-cv-01382-JAD-MDC <br><br> CONSOLIDATED WITH: <br><br> CASE NO.: 3:22-CV-3550MMD-CLB <br><br> **SUBSTITUTION OF COUNSEL** |
| STEADFAST INSURANCE COMPANY, a Delaware corporation, <br><br> Cross-Claimant <br><br> vs. <br><br> RHP MECHANICAL SYSTEMS, INC., a Nevada corporation, <br><br> Cross-Defendant | |

SUBSTITUTION OF COUNSEL

1      Defendant RHP MECHANICAL SYSTEMS and RAY HEATING PRODUCTS, INC.,
2  Nevada corporations, hereby substitute Michael R. Ayers, Esq. and Sarah B. Hartig, Esq. of
3  QUINTAIROS, PRIETO, WOOD & BOYER, P.A., as attorneys of record in the place and stead
4  of TYSON & MENDES, LLP.
5      RHP MECHANICAL SYSTEMS and RAY HEATING PRODUCTS, INC. consent to
6  the above substitution.
7  DATED: 3/20/2024          RHP MECHANICAL SYSTEMS and
                                      RAY HEATING PRODUCTS, INC.

By: _____

Its: Michael W. Scolari, PRESIDENT

APPROVED and AGREED:

DATED: March 20, 2024      **TYSON & MENDES, LLP**

                                          */s/ Griffith H. Hayes*
                                          GRIFFITH H. HAYES
                                          Nevada Bar No. 7374
                                          2835 St. Rose Parkway, Suite 140
                                          Henderson, NV 89052
                                          Tel: (702) 724-2648

DATED: March 20, 2024      **QUINTAIROS, PRIETO, WOOD**
                                          **& BOYER, P.A.**

                                          */s/ Sarah B. Hartig*
                                          Michael Ayers, Esq. (NV Bar No. 10851)
                                          michael.ayers@qpwblaw.com
                                          Sarah B. Hartig, Esq. (NV Bar No. 10070)
                                          sarah.hartig@qpwblaw.com
                                          37450 Lakeside Drive, Suite 202
                                          Reno, Nevada 89509
                                          *Attorneys for Defendant RHP Mechanical*
                                          *Systems and Ray Heating Products, Inc.*

SUBSTITUTION OF COUNSEL

# CERTIFICATE OF SERVICE

I certify that I am an employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., and that on this date, pursuant to FRCP 5(b), I served the **SUBSTITUTION OF ATTORNEY** on the parties set forth below via the Court's CM/ECF electronic filing system:

| | |
|---|---|
| Scott S. Thomas, Esq. <br> sst@paynefears.com <br> Sarah J. Odia, Esq. <br> sjo@paynefears.com <br> PAYNE & FEARS LLP <br> 6385 South Rainbow Blvd., Suite 220 <br> Las Vegas, NV  89118 <br> *Attorneys for Plaintiff/Counter Defendant Capitol Specialty Insurance Corporation* | Ramiro Morales, Esq. <br> RMorales@mfrlegal.com <br> William Reeves, Esq. <br> wreeves@mfrlegal.com <br> MORALES FIERRO & REEVES <br> 600 South Tonopah Drive, Suite 300 <br> Las Vegas, NV  89106 <br> *Attorneys for Defendant/Cross-Claimant Steadfast Insurance Company* |

Dated:  March 20, 2024.

> */s/ Christine L. Miller*
> An Employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

I**T IS SO ORDERED.** The parties must use the correct case number, 2:20-cv-01382-JCM-MDC in all future filings

_____
Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 4/9/24

SUBSTITUTION OF COUNSEL