Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
*Attorneys for Plaintiff/Counter Defendant*
*Capitol Specialty Insurance Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of UNITED CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation, STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation<br><br>Defendants.<br><br>AND RELATED CROSSCLAIM | Case No.: 2:20-cv-1382-JCM-VCF |

**STIPULATION AND ORDER TO DISMISS DEFENDANT RHP MECHANICAL SYSTEMS**

IT IS HEREBY STIPULATED by and between Plaintiff Capitol Specialty Insurance Corporation, as assignee of United Construction Company ("Plaintiff") and Defendant RHP Mechanical Systems ("Defendant"), through their respective attorneys of record, that Plaintiff's

/ / /

Second Amended Complaint filed against Defendant shall be dismissed without prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: April 25, 2024 | Dated: April 30, 2024 |
| PAYNE & FEARS LLP | QUINTAIROS, PRIETO, WOOD & BOVER, P.A. |
| By: __/s/ Sarah J. Odia__<br>Scott S. Thomas, Esq.<br>Nevada Bar No. 7937<br>Sarah J. Odia, Esq.<br>Nevada Bar No. 11053<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, Nevada 89118<br>*Attorneys for Plaintiff/Counter Defendant Capitol Specialty Insurance Corporation* | By: __/s/ Sarah B. Hartig__<br>Michael R. Ayers, Esq.<br>Sarah B. Hartig, Esq.<br>3740 Lakeside Drive, Suite 2020<br>Reno, NV 89509<br>*Attorneys for Defendant RHP Mechanical Systems* |

**ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendant RHP Mechanical Systems, in the instant matter, Case No. 2:20-cv-1382-JCM-VCF, is dismissed without prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: May 1, 2024

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2024, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT RHP MECHANICAL SYSTEMS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

4891-3359-3273.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300