**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael R. Ayers, Esq. (NV Bar No. 10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10070)
sarah.hartig@qpwblaw.com
3740 Lakeside Drive, Suite 2020
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant*
*RHP MECHANICAL SYSTEMS, and*
*RAY HEATING PRODUCTS, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, As assignee of UNITED CONSTRUCTION COMPANY, a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation, ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; STATE NATIONAL INSURANCE COMPANY, a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　Defendants. | CASE NO.: 2:20-cv-01382-JCM-MDC<br><br>CONSOLIDATED WITH:<br><br>CASE NO.: 3:22-CV-3550MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE ONLY**<br><br>**(THIRD REQUEST)** |
| STEADFAST INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　Cross-Claimant<br><br>vs.<br><br>RHP MECHANICAL SYSTEMS, INC., a Nevada corporation,<br><br>　　　　　Cross-Defendant | |

STIPULATION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE ONLY - 1

Plaintiff STEADFAST INSURANCE COMPANY, by and through its counsel William C. Reeves of MORALES FIERRO & REEVES, and Defendants/Cross-Defendants RHP MECHANICAL SYSTEMS and RAY HEATING PRODUCTS, INC., by and through their counsel Michael R. Ayers, Esq. and Sarah B. Hartig, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. (collectively the "Parties"), hereby stipulate to extend the current deadline to file Dispositive Motions only for forty-five (45) days.

## I.

## **DISCOVERY COMPLETED TO DATE**

1. The Parties have conducted the FRCP 26.1 Early Case Conference.

2. The Parties have produced their respective Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

3. Plaintiff has propounded discovery to Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.

4. Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc. have responded to Plaintiff's discovery.

5. Deposition of Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.'s PMK.

6. Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc. have produced their job file material.

7. Plaintiff has disclosed experts.

8. Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.'s Designation of Experts.

9. Rebuttal expert disclosures.

10. Deposition of RHP Mechanical Systems and Ray Heating Products, Inc.'s expert, Dirk Duffner.

11. Deposition of Capitol Specialty's expert, Thomas Gilbertson.

12. Participation in mediation.

## II.

## DISCOVERY THAT REMAINS TO BE COMPLETED

1. There is no further discovery to be completed, but the parties wish to engage in further settlement negotiations prior to incurring the costs with filing dispositive and pre-trial motions.

## III.

## REASONS THE PARTIES REQUEST TO EXTEND DISPOSITIVE MOTIONS DEADLINE

The Parties have already engaged in mediation with a private mediator and have made progress, but were unable to reach a settlement. The parties wish to engage in further negotiations prior to incurring the costs with filing dispositive and pre-trial motions and therefore an extension of the current dispositive motion deadline is necessary and not for the purpose of delay.

**Current Dispositive Motions filing deadline:** May 3, 2024

**Proposed Dispositive Motions filing deadline:** June 17, 2024

The Parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

DATED this 30th day of April, 2024

**MORALES FIERRO & REEVES**

By: /s/ William C. Reeves
William C. Reeves, Esq.
600 S. Tonopah Dr., Ste. 300
Las Vegas, NV 89106
*Attorneys for Plaintiff*
STEADFAST INSURANCE COMPANY

DATED this 30th day of April, 2024

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/ Sarah Hartig
Sarah Hartig, Esq.
3740 Lakeside Dr., Ste. 202
Reno, NV 89509
*Attorneys for Defendants/Cross-Defendants RHP MECHANICAL SYSTEMS and RAY HEATING PRODUCTS, INC.*

/ / /

STIPULATION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE ONLY - 3

| | |
|---|---|
| 1 | **IT IS SO ORDERED. For good cause appearing. Granted.** |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | _____ |
| | **UNITED STATES MAGISTRATE JUDGE** |
| 8 | **DATED: 5/2/2024** |
| 9 | _____ |

STIPULATION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE ONLY - 4