**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael R. Ayers, Esq. (NV Bar No. 10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10070)
sarah.hartig@qpwblaw.com
3740 Lakeside Drive, Suite 2020
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant*
*RHP MECHANICAL SYSTEMS, and*
*RAY HEATING PRODUCTS, INC.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, As assignee of UNITED CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation, ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; STATE NATIONAL INSURANCE COMPANY, a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | CASE NO.: 2:20-cv-01382-JCM-MDC<br><br>CONSOLIDATED WITH:<br><br>CASE NO.: 3:22-CV-3550MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE ONLY**<br><br>**(FOURTH REQUEST)** |
| STEADFAST INSURANCE COMPANY, a Delaware corporation,<br><br>Cross-Claimant<br><br>vs.<br><br>RHP MECHANICAL SYSTEMS, INC., a Nevada corporation,<br><br>Cross-Defendant | |

4TH STIPULATION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE ONLY - 1

Plaintiff STEADFAST INSURANCE COMPANY, by and through its counsel William C. Reeves of MORALES FIERRO & REEVES, and Defendants/Cross-Defendants RHP MECHANICAL SYSTEMS and RAY HEATING PRODUCTS, INC., by and through their counsel Michael R. Ayers, Esq. and Sarah B. Hartig, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. (collectively the "Parties"), hereby stipulate to extend the current deadline to file Dispositive Motions only for sixty (60) days.

## I.

## DISCOVERY COMPLETED TO DATE

1.      The Parties have conducted the FRCP 26.1 Early Case Conference.

2.      The Parties have produced their respective Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

3.      Plaintiff has propounded discovery to Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.

4.      Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc. have responded to Plaintiff's discovery.

5.      Deposition of Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.'s PMK.

6.      Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc. have produced their job file material.

7.      Plaintiff has disclosed experts.

8.      Defendants/Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc.'s Designation of Experts.

9.       Rebuttal expert disclosures.

10.      Deposition of RHP Mechanical Systems and Ray Heating Products, Inc.'s expert, Dirk Duffner.

11.      Deposition of Capitol Specialty's expert, Thomas Gilbertson.

12.      Participation in mediation.

## II.

## DISCOVERY THAT REMAINS TO BE COMPLETED

There is no further discovery to be completed, but the parties wish to engage in further settlement negotiations prior to incurring the costs by filing dispositive and pre-trial motions.

## III.

## REASONS THE PARTIES REQUEST TO EXTEND

## DISPOSITIVE MOTIONS DEADLINE

The Parties have already engaged in mediation with a private mediator and have made progress but were unable to reach a settlement. The parties have continued to engage in informal negotiations and continue to make progress toward resolution.  However, there are multiple carrier representatives, third-party administrators, as well as defense and in-house attorneys involved in the negotiations which his has resulted in more significant delays than originally anticipated in relation to approval of authority and confirming counter offers and/or demands.  The parties wish to continue their negotiations prior to incurring the costs associated with filing dispositive and pre-trial motions and therefore an extension of the current dispositive motion deadline is necessary and not for the purpose of delay.

**Current Dispositive Motions filing deadline:**       **June 17, 2024**

**Proposed Dispositive Motions filing deadline:**       **August 13, 2024**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

   The Parties represent this Stipulation is sought in good faith and not interposed for delay

2

or any other improper purpose.

3

   DATED this 14th day of June, 2024          DATED this 14th day of June, 2024

4

   **MORALES FIERRO & REEVES**          **QUINTAIROS, PRIETO, WOOD &**
                                         **BOYER, P.A.**

5

6

7

   By: */s/ William C. Reeves*_____       By: */s/ Sarah B. Hartig*_____
       William C. Reeves, Esq.                   Michael R. Ayers, Esq.

8

       600 S. Tonopah Dr., Ste. 300             Sarah B. Hartig, Esq.
       Las Vegas, NV 89106                       3740 Lakeside Dr., Ste. 202

9

       *Attorneys for Plaintiff*                Reno, NV 89509
       *STEADFAST INSURANCE COMPANY*            *Attorneys for Defendants/Cross-*

10

                                                *Defendants RHP MECHANICAL*

11

                                                *SYSTEMS and RAY HEATING*
                                                *PRODUCTS, INC.*

12

13

14

15

   **IT IS SO ORDERED.**

16

17

                                         _____
                                         **UNITED STATES MAGISTRATE JUDGE**

18

19

                                         **DATED:** ___6-18-24_____

20

21

22

23

24

25

26

27

28

4TH STIPULATION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE ONLY - 4