1  William Reeves
   State Bar No. 8235
2  MORALES FIERRO & REEVES
   600 S. Tonopah Drive, Suite 300
3  Las Vegas, NV 89106
   Telephone: 702/699-7822
4  Facsimile: 702/699-9455
   Email: wreeves@mfrlegal.com
5
   Attorneys for Defendant/Cross-Claimant
6  Steadfast Insurance Company

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INS. CORP., | Case No.: 2:20-cv-01382-JCM-MCM |
| Plaintiff, | Consolidated with Case No. 22-cv-00335-MMD-CLB |
| vs. | STIPULATION TO EXTEND DEADLINE TO FILE A PROPOSED PRETRIAL ORDER |
| STEADFAST INS. CO., et al., | |
| Defendants. | |
| and related crossclaims | |

Cross-Claimant Steadfast Insurance Company ("Steadfast") and Cross-Defendants RHP Mechanical Systems and Ray Heating Products, Inc. (collectively "RHP"), by and through counsel, stipulate and agree as follows:

WHEREAS, the claims Steadfast has asserted against RHP were previously severed from the balance of this case;

WHEREAS, Steadfast and RHP have completed all discovery;

WHEREAS, the current deadline to file a proposed Pretrial Order ("PTO") as to the severed claims is September 11, 2024;

WHEREAS, Steadfast and RHP (collectively "Parties") are actively engaged in settlement discussions;

WHEREAS, the Parties would prefer to focus on settlement and avoid the time and expense of preparing and submitting a PTO;

---

1

STIPULATION                                         Case No.: 2:20-cv-01382-JCM-MCM

WHEREFORE, subject to this Court's approval, the Parties are amenable to extending the deadline to file a PTO to October 18, 2024;

IT IS SO AGREED.

Dated: August 21, 2024

| MORALES FIERRO & REEVES | QUINTAIROS, PRIETO, WOOD & BOYER |
|---|---|
| By   /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for Steadfast | By   /s/ Sarah Hartig<br>Sarah Hartig<br>Attorneys for RHP |

The Court, having considered the stipulation of the parties and good cause appearing, orders that the deadline for the Parties to file a Pretrial Order is extended to October 18, 2024 .

IT IS SO ORDERED.

Dated: 8/22/24

_____
U.S. MAGISTRATE JUDGE