**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael R. Ayers, Esq. (NV Bar No. 10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10070)
sarah.hartig@qpwblaw.com
3740 Lakeside Drive, Suite 2020
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant*
RHP MECHANICAL SYSTEMS, and
RAY HEATING PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, As assignee of UNITED CONSTRUCTION COMPANY, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STEADFAST INSURANCE COMPANY, a Delaware corporation, ARCH SPECIALTY INSURANCE COMPANY, a Missouri Corporation; RHP MECHANICAL SYSTEMS, a Nevada corporation; STATE NATIONAL INSURANCE COMPANY, a Texas corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation, <br><br> Defendants. | CASE NO.: 2:20-cv-01382-JCM-MDC <br><br> CONSOLIDATED WITH: <br><br> CASE NO.: 3:22-CV-3550MMD-CLB <br><br> **ORDER TO DISMISS STEADFAST INSURANCE COMPANY'S CROSS-CLAIM AGAINST RHP MECHANICAL SYSTEMS, INC. WITH PREJUDICE** |
| STEADFAST INSURANCE COMPANY, a Delaware corporation, <br><br> Cross-Claimant <br><br> vs. <br><br> RHP MECHANICAL SYSTEMS, INC., a Nevada corporation, <br><br> Cross-Defendant | |

STIPULATION AND ORDER TO DISMISS STEADFAST INSURANCE COMPANY'S CROSS-CLAIM WITH PREJUDICE - 1

Cross-Claimant STEADFAST INSURANCE COMPANY, by and through its counsel William C. Reeves of MORALES FIERRO & REEVES, and Defendants/Cross-Defendants RHP MECHANICAL SYSTEMS and RAY HEATING PRODUCTS, INC., by and through their counsel Michael R. Ayers, Esq. and Sarah B. Hartig, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. (collectively the "Parties"), hereby stipulate that Steadfast Insurance Company's Cross-Claim against RHP Mechanical Systems, Inc. shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

DATED this 24th day of January, 2025.

**MORALES FIERRO & REEVES**

By: /s/ William C. Reeves
    William C. Reeves, Esq.
    600 S. Tonopah Dr., Ste. 300
    Las Vegas, NV 89106
    *Attorneys for Plaintiff*
    STEADFAST INSURANCE COMPANY

DATED this 24th day of January, 2025.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/ Sarah B. Hartig
    Michael R. Ayers, Esq.
    Sarah B. Hartig, Esq.
    3740 Lakeside Dr., Ste. 202
    Reno, NV 89509
    *Attorneys for Defendants/Cross-Defendants RHP MECHANICAL SYSTEMS and RAY HEATING PRODUCTS, INC.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 27, 2025

STIPULATION AND ORDER TO DISMISS STEADFAST INSURANCE COMPANY'S CROSS-CLAIM WITH PREJUDICE - 2