UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, a Wisconsin corporation, as assignee of United Construction Company,<br><br>　　　　Plaintiff-Appellant,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　Defendant-Appellee,<br><br>and<br><br>RHP MECHANICAL SYSTEMS, a Nevada corporation,<br><br>　　　　Defendant. | District No.　2:20-cv-01382-JCM-MDC<br><br>U.S.C.A. No.　24-2314 |

ORDER ON MANDATE

　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 04/16/2025, issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated May 16, 2025.

_____
James C. Mahan
United States District Judge